IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR513-019 |
| | ) | |
| ERVIN JAMAAL WESTLEY, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 54), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Suppress Evidence (Doc. 19) and Amended Motion to Suppress Evidence (Doc. 30) are **DENIED**, while Defendant's Motion to Suppress Statements (Doc. 20) and Amended Motion to Suppress Statements (Doc. 31) are **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Government shall be permitted to offer at trial only the statement Defendant made to his mother prior to the initiation of questioning by Officers Farmer and Haines. All other statements made by Defendant following the execution of the search warrant and prior to being advised of his Miranda rights are **SUPPRESSED**.

SO ORDERED this 14th day of July 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA